IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| VICTOR W. FOSTER, | § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 4:17-CV-00319-ALM-CAN |
| v. | § § | |
| THE BANK OF NEW YORK MELLON, BAYVIEW LOAN SERVICING, LLC, | § § § § | |
| Defendants. | § | |

# ORDER

Pending before the Court is Defendants Bayview Loan Servicing, LLC and The Bank of New York Mellon f/k/a The Bank of New York, as trustee for the Certificate Holders CWALT, Inc.. Alternative Loan Trust 2004-22CB Mortgage Pass-Through Certificates, Series 2004-22CB ("Defendants") Motion to Dismiss Plaintiff's Claims [Dkt. 12], filed on July 5, 2017. Plaintiff has since filed an Amended Complaint [Dkt. 13] (on July 19, 2017) and Defendants a new Motion to Dismiss responsive to the Amended Complaint, namely the Motion to Dismiss Plaintiff's Amended Complaint and Application for Injunctive Relief [Dkt. 14] (on August 2, 2017). In light of the Amended Complaint [Dkt. 13] and Defendants' Motion to Dismiss Plaintiff's Amended Complaint and Application for Injunctive Relief [Dkt. 14], the Court finds Defendant's original Motion to Dismiss Plaintiff's Claims [Dkt. 12] should be denied as moot. Accordingly,

It is therefore **ORDERED** that Defendants' Motion to Dismiss Plaintiff's Claims [Dkt. 12] is hereby **DENIED AS MOOT**.

**IT IS SO ORDERED**.    SIGNED this 2nd day of August, 2017.

ORDER – Page Solo

_____
Christine A. Nowak
UNITED STATES MAGISTRATE JUDGE